IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD VANDECRUZ | : | CIVIL ACTION NO. |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| JOEL D. LOPEZ | : | |
| | : | **ARBITRATION CASE** |
| *Defendant* | : | |

**CIVIL ACTION COMPLAINT**

**I.  PRELIMINARY STATEMENT**

1. This is a claim against Defendant for personal injuries to Plaintiff, Gerald Vandecruz, by the negligent acts and/or omissions of the Defendant.

**II.  PARTIES**

2. Plaintiff, Gerald Vandecruz, is an adult individual and citizen of the State of New Jersey, residing therein at 281 Prospect Street, Phillipsburg, NJ 08865.

3. Defendant, Joel D. Lopez, is an adult individual and citizen of the Commonwealth of Pennsylvania, residing therein at 925 Ridge Street, Easton, PA 18042.

4. At all times material herein, Defendant, Joel D. Lopez, owned, leased, possessed, maintained, controlled, and/or operated a certain silver 2016 Honda CR-V motor vehicle, New Jersey license plate #125813T, which was involved in the accident hereinafter described.

**III.  JURISDICTION AND VENUE**

5. Jurisdiction is conferred upon this Court by virtue of the parties' diversity of citizenship pursuant to 28 U.S.C. § 1332.

6. The amount in controversy in this action is in excess of seventy-five thousand ($75,000.00) dollars, exclusive of costs and fees.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391 because the incident giving rise to Plaintiff's claims occurred within the district.

IV. **STATEMENT OF CLAIMS**

8. On or about July 22, 2021, Plaintiff, Gerald Vandecruz, was a back-seat passenger in a certain blue 2017 Hyundai Elantra motor vehicle, Pennsylvania license plate #LKV9051, which had lawfully slowed down to a complete stop for congested traffic in the left lane of State Highway US 22W, just prior to the US 191 Exit Ramp, in Bethlehem Township, Northampton County, Pennsylvania.

9. On or about July 22, 2021, Defendant, Joel D. Lopez, was operating a certain silver 2016 Honda CR-V motor vehicle, New Jersey license plate #125813T, which was traveling behind Plaintiff's vehicle on State Highway US 22W, just prior to the US 191 Exit Ramp, in Bethlehem Township, Northampton County, Pennsylvania.

10. The aforementioned motor vehicle accident was caused solely and exclusively by reason of the negligence and carelessness of the Defendant, Joel D. Lopez, and was due in no manner to any act or failure to act on the part of the Plaintiff.

**COUNT I**
**GERALD VANDECRUZ v. JOEL D. LOPEZ**
**NEGLIGENCE**

11. Plaintiff hereby incorporates by reference paragraphs one (1) through ten (10) of the within Complaint as though the same were fully set forth at length herein.

12. On or about July 22, 2021, Plaintiff, Gerald Vandecruz, was a back-seat passenger lawfully in the aforementioned blue 2017 Hyundai Elantra vehicle, which had lawfully slowed down to a complete stop for congested traffic in the left lane of State Highway US 22W, just prior to the US 191 Exit Ramp, in Bethlehem Township, Northampton County, Pennsylvania when, suddenly and without warning, the aforesaid vehicle owned and operated by Defendant, Joel D. Lopez, violently rear-ended the Plaintiff's vehicle, thereby causing Plaintiff to sustain severe and permanent injuries as described more fully hereinafter.

13. The aforesaid motor vehicle accident was caused solely by the carelessness and negligence of the Defendant, which consisted of the following:

(a) operating the aforesaid motor vehicle at a high and excessive rate of speed under the circumstances;

(b) failing to have the aforesaid motor vehicle under proper and adequate control at the time of the motor vehicle accident described herein;

(c) operating the aforesaid motor vehicle in an unsafe manner without due regard for the rights and safety of those lawfully upon the highway, one of whom was the Plaintiff, Gerald Vandecruz, more specifically, hitting the rear of Plaintiff's vehicle and forcing Plaintiff's vehicle into an unrelated motor vehicle;

(d) driving carelessly and driving too fast for the conditions of the highway;

(e) failing to give proper and sufficient warning of the approach of the aforesaid motor vehicle;

(f) failing to maintain a proper lookout upon the highway;

(g) failing to regard the point and position of other vehicles upon the highway;

(h) failing to properly determine the distance between the two vehicles so as to avoid a dangerous collision of the type that seriously injured the Plaintiff;

(i) operating a motor vehicle with disregard for the safety of persons upon the highway;

      (j)      failing to prevent the aforesaid motor vehicle from striking the Plaintiff's vehicle;

      (k)      otherwise failing to exercise due and proper care under the circumstances; and

      (l)      violating various ordinances and statutes pertaining to the operation of motor vehicles, including but not limited to 75 Pa. C. S. § 3310A.

14.    The aforementioned motor vehicle accident was caused solely and exclusively by reason of the negligence and carelessness of the Defendant, and was due in no manner to any act or failure to act on the part of the Plaintiff.

15.    By reason of the aforesaid negligence of the Defendant, Plaintiff, Gerald Vandecruz, has suffered severe and permanent injuries including, but not limited to: cervicobrachial syndrome; sprain of ligaments of cervical spine; segmental and somatic dysfunction of cervical region; pain in right shoulder; sprain of ligaments of lumbar spine; sprain of ligaments of thoracic spine; segmental and somatic dysfunction of lumbar region; segmental and somatic dysfunction of thoracic region; segmental and somatic dysfunction of sacral region; segmental and somatic dysfunction of pelvic region; myalgia, other site; myalgia of auxiliary muscles, head and neck; contracture of muscle, right shoulder; other muscle spasm; low back pain, unspecified; strain of neck muscle; as well as aches, pains, mental anxiety, anguish, and a severe shock to his entire nervous system. Plaintiff has in the past and will in the future undergo severe pain and suffering as a result of which his in the past and will in the future be unable to engage in his usual activities, all to his great detriment and loss.

16.    As a further result of the motor vehicle accident described herein, Plaintiff has been or will be obliged to receive and undergo medical care and attention and to expend various sums of money and to incur various expenses for the injuries which he suffered, and he may be obliged

to continue to expend such sums or incur such expenditures for an indefinite period of time in the future.

17. As a further result of the motor vehicle accident described herein, Plaintiff has suffered or may suffer a severe loss of his earnings and/or earning power, and he may incur such loss for an indefinite period in the future.

18. As a direct and reasonable result of the aforementioned motor vehicle accident, Plaintiff may hereafter incur other financial expenses or losses which do or may exceed the amounts which he may otherwise be entitled to recover under and pursuant to the Pennsylvania Motor Vehicle Financial Responsibility Law, 75 Pa. C. S. § 1701 et. seq. as amended, for which he claims damages herein.

19. Further, by reason of the aforesaid occurrence, Plaintiff has incurred and/or may hereinafter incur other financial expenses all in an effort to treat and cure himself of the injuries sustained in the aforesaid accident.

20. As a further result of the motor vehicle accident described herein, Plaintiff has or may have suffered injuries resulting in the permanent loss of use of a bodily function, dismemberment, and/or scarring, which may be in full or part cosmetic disfigurements which are or may be permanent, irreparable and severe.

21. As a further result of the motor vehicle accident described herein, Plaintiff has suffered a loss of the enjoyment of his usual duties, avocations, life's pleasures and activities, and the shortening of his life expectancy, all to his great detriment and loss.

22. As a further result of the aforesaid motor vehicle accident, Plaintiff has suffered great physical pain, suffering and mental anguish, all of which may continue into the future.

23. Plaintiff in no manner contributed to his injuries which were the direct and proximate result of the Defendant's negligence and carelessness.

24. At all times relevant hereto, Plaintiff is and has been entitled to Full-Tort status under the Pennsylvania Motor Vehicle Code.

WHEREFORE, Plaintiff, Gerald Vandecruz, demands judgment against Defendant, Joel D. Lopez in an amount not in excess of One Hundred and Fifty Thousand Dollars ($150,000.00), together with costs of suit, interest and any such other relief as the Court deems adequate, just and proper.

Respectfully,

**SWARTZ CULLETON PC**

By: /s/Brandon A. Swartz
Brandon A. Swartz, Esquire
Maria K. McGinty-Ferris, Esquire
547 E. Washington Avenue
Newtown, PA 18940
T: (215) 550-6553
F: (215) 550-6557
bswartz@swartzculleton.com
mmcginty-ferris@swartzculleton.com
*Attorneys for Plaintiff*,
Gerald Vandecruz

Date: March 24, 2023